**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ubaldo Guadalupe ZAVALA, Defendant—Appellant.**

No. 01–50404.

D.C. No. CR–00–01157–GHK–01.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002.*

Decided May 29, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**MEMORANDUM** **

Ubaldo Guadalupe–Zavala appeals his conviction and 121–month sentence imposed by the district court following his guilty plea conviction for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Guadalupe–Zavala contends that, in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), § 841 is unconstitutional on its face and therefore his conviction and sentence must be vacated. This contention is foreclosed by our recent decision in *United States v. Buckland*, 277 F.3d 1173, 1177 (9th Cir. 2002) (en banc) (concluding that § 841 is not facially unconstitutional), *opinion amended and superseded by, United States v. Buckland*, 289 F.3d 558 (9th Cir. 2002), *petition for cert. filed*, Apr. 18, 2002 (No. 01–9813).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.